| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Holloway, Jr., William J. | 2. Court or Organization<br><br>Tenth Circuit Court of Appeals | 3. Date of Report<br><br>05/15/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>   magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge, Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>200 N.W. 4th Street<br>Oklahoma City, Oklahoma 73102 | 8. On the basis of the information contained in this Report and any<br>   modifications pertaining thereto, it is, in my opinion, in compliance<br>   with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Holloway, Jr., William J.

| Name of Person Reporting | Date of Report |
|---|---|
| Holloway, Jr., William J. | 05/15/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holloway, Jr., William J. | 05/15/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holloway, Jr., William J. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. O.G.E. Energy Corp.(Common Stock) | B | Dividend | K | T | None | | | | |
| 2. AT&T, Inc.(was SBC)((Common Stock)acquired Bell South | D | Dividend | M | T | | | | | |
| 3. Bell South (Acquired by AT&T Inc.) | | None | | | None | | | | Acquired by AT&T 2007 |
| 4. First State Bank, Pond Creek, OK (Common Stock) | B | Dividend | K | W | | | | | |
| 5. ▓▓▓▓ 1/3 interest ▓▓▓▓▓▓ Chaffee Cnty,CO | | None | K | W | None | | | | |
| 6. Maple Leaf Gold Coins | | None | J | W | None | | | | |
| 7. Checking & Saving Accts. BankOne (now Chase) | A | Interest | M | T | None | | | | |
| 8. Lucent Technologies, Inc. (now Alcatel Lucent)(Common Stock) | | None | J | T | | | | | |
| 9. NCR Corp. | | None | J | T | | | | | |
| 10. U.M.B. Money Market | B | Interest | L | T | | | | | |
| 11. Bank of Oklahoma (Checking Account) | B | Interest | M | T | | | | | |
| 12. Vodafone Group PLC | A | Dividend | J | T | None | | | | |
| 13. NBC Bank(Oklahoma City) | C | Interest | M | T | | | | | |
| 14. Verizon Communications, Inc.(formerly Bell South) | C | Dividend | L | T | | | | | |
| 15. LSI (Previously Agere) | | None | J | T | | | | | |
| 16. Mass Mutual Ins. Policy | A | Dividend | J | T | | | | | Cash Surrender Value |
| 17. New York Life Ins.(2 policies) | A | Dividend | J | T | | | | | Cash surrender value |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Holloway, Jr., William J. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e.g.,<br>div., rent,<br>or int.) | C.<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D.<br>Transactions during reporting period<br>(1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | <br><br>(2)<br>Date<br>mm/dd/yy | <br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Comcast | A | Dividend | J | T | | | | | |
| 19. Idearc | A | Dividend | J | T | | | | | Spinoff from Verizon |
| 20. Teradata Corporation | | None | J | T | | | | | Spinoff from NCR |
| 21. Frontier Communications | A | Dividend | J | T | | | | | Spinoff from Verizon 2010 |
| 22. MINERAL INTERESTS | | | | | | | | | |
| 23. 1/2 Interest, Graham Co. KS, Sec | A | Royalty | J | W | | | | | |
| 24. 1/2 Interest, Graham Co. KS, Sec | A | Royalty | J | W | | | | | |
| 25. 1/2 Interest, Graham Co. KS, Sec | A | Royalty | J | W | | | | | |
| 26. 1/2 Interest, Kearny Co. KS, Sec | A | Royalty | K | W | | | | | |
| 27. 1/2 Interest, Kearny Co. KS, Sec | | None | J | W | | | | | |
| 28. 1/2 Interest, Kearny Co. KS, Sec | A | Royalty | K | W | | | | | |
| 29. 1/2 Interest, Kearny Co. KS. Sec | A | Royalty | K | W | | | | | |
| 30. 1/2 Interest, Kearny Co. KS, Sec. | A | Royalty | K | W | | | | | |
| 31. 1/2 Interest, Kearny Co. K, Sec | A | Royalty | K | W | | | | | |
| 32. 1/2 Interest, Kearny Co. KS, Sec | A | Royalty | K | W | | | | | |
| 33. 1/2 Interest, Kearny Co. Ks, Sec | A | Royalty | K | W | | | | | |
| 34. 1/2 Interest, Kingman Co. Ks Sec. | A | Royalty | K | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holloway, Jr., William J. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. 1/2 Interest Kingman Co. KS, Sec | A | Royalty | K | W | | | | | |
| 36. 1/2 Interest Kingman Co. KS, Sec | A | Royalty | K | W | | | | | |
| 37. 1/2 Interest, Kingman Co. KS, Sec | A | Royalty | K | W | | | | | |
| 38. 1/2 Interest, Kingman Co. KS, Sec | A | Royalty | K | W | | | | | |
| 39. 1/2 Interest Morton Co. Ks, Sec | A | Royalty | K | W | | | | | |
| 40. 1/2 Interest Norton Co. KS, Sec | | None | J | W | | | | | |
| 41. 1/2 Interest Rawlins Co. KS, Sec | A | Royalty | J | W | | | | | |
| 42. 1/2 Interest Reno Co. KS, Sec | A | Royalty | J | W | | | | | |
| 43. 1/2 Interest Riley Co. KS, Sec | A | Royalty | J | W | | | | | |
| 44. 1/2 Interest Rooks Co. KS, Sec | A | Royalty | J | W | | | | | |
| 45. 1/2 Interest Rooks Co. KS, Sec | A | Royalty | J | W | | | | | |
| 46. 1/2 Interest Sedgwick Co., KS, Sec | A | Royalty | J | W | | | | | |
| 47. 1/2 Interest Sedgwick Co., KS, Sec | A | Royalty | J | W | | | | . | |
| 48. 1/2 Interest Stafford Co. KS Sec | A | Royalty | J | W | | | | | |
| 49. ROYALTY INTERESTS | | | | | | | | | |
| 50. 1/2 Interest Barton Co. KS, Sec | | None | J | W | | | | | |
| 51. 1/2 Interest Ellis Co., KS, Sec. | | None | J | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holloway, Jr., William J. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. 1/2 Interest Carson Co., TX, Sec. | A | Royalty | J | W | | | | | |
| 53. 1/2 Interest Gray Co., TX, Sec | A | Royalty | J | W | | | | | |
| 54. 1/2 Interest Garvin Co., OK Sec. | | None | J | W | | | | | |
| 55. 1/2 Interest Logan Co. OK, Sec | A | Royalty | K | W | | | | | |
| 56. 1/2 Interest Logan Co. OK, Sec | A | Royalty | K | W | | | | | |
| 57. 1/2 Interest Logan Co. OK Sec | A | Royalty | K | W | | | | | |
| 58. 1/2 Interest Logan Co. OK Sec. | A | Royalty | K | W | | | | | |
| 59. 1/2 Interest Logan Co. OK Sec | A | Royalty | K | W | | | | | |
| 60. 1/2 Interest Pontotoc Co. OK, Sec | A | Royalty | J | W | | | | | |
| 61. 1/2 Interest Pontotoc Co. OK, Sec | A | Royalty | J | W | | | | | |
| 62. 1/2 Interest Pontotoc Co. OK, Sec | A | Royalty | J | W | | | | | |
| 63. 1/2 Interest Pontotoc Co. OK, Sec | A | Royalty | J | W | | | | | |
| 64. 1/2 Interest Pontotoc Co. OK, Sec | A | Royalty | J | W | | | | | |
| 65. 1/2 Interest Pontotoc Co. OK, Sec | A | Royalty | J | W | | | | | |
| 66. 1/2 Interest Woods Co. OK, Sec | A | Royalty | J | W | | | | | |
| 67. 1/2 Interest Woodward Co., OK Sec | A | Royalty | J | W | | | | | |
| 68. 1/2 Interest Logan Co. OK, Sec | A | Royalty | K | W | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Holloway, Jr., William J. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  1/3 Interest Grant Co., OK Se .☐ | | None | J | W | | | | | |
| 70.  1/2 Interest Woods Co., OK, Sec.☐ | A | Royalty | K | W | | | | | |
| 71.  1/2 Interest Woods Co., OK, Sec☐ | D | Royalty | K | W | | | | | |
| 72.  1/3 Interest Garfield Co, OK Sec☐ X) | | None | J | W | | | | | |
| 73.  LEASE BONUSES | | | | | | | | | |
| 74.  Logan County, Okla. | | None | J | W | | | | | |
| 75.  Woods County, Okla. | | None | J | W | | | | | |
| 76.  Blaine County, Okla. | | None | M | W | | | | | |
| 77.  Woods County, Okla. | | None | J | W | | | | | |
| 78.  Woods County, Okla. | C | Royalty | K | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. In Part VII, the Real Estate portion has been eliminated as neither [ ] nor I now own the 1/2 interest, Enid, Oklahoma, Lots [ ]

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **William J. Holloway, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544